ANNIE SCHAEFER et al., appellants,

*v.*

CATHARINE F. DAWSON et al., respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Dawson* v. *Schaefer, 7 Dick. Ch. Rep. 341.*

*Mr. Irwin W. Schultz,* for the appellants.

*Mr. Sylvester C. Smith,* for the respondents.

Starkey *v.* Fox.

PER CURIAM.

Decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, GUMMERE, LIPPINCOTT, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, KRUEGER—9.

*For reversal*—DIXON, SIMS—2